UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZIA JABEEN IQBAL, | No.  2:13-cv-1272 MCE AC PS |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ET AL., | |
| Defendants. | |

This matter was initially referred to the undersigned for pretrial management because plaintiff was proceeding pro se.  On December 30, 2013, plaintiff filed a motion for substitution of counsel.  Good cause appearing, the motion will be granted and plaintiff shall proceed in this matter with counsel.  Pretrial matters, other than discovery motions, should now be noticed before the District Judge assigned to this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The December 30, 2013 motion for substitution of attorney (ECF No. 8) is granted;

2. The December 9, 2013 order to show cause is vacated;

3. All dates pending before the undersigned are vacated; and

////

////

1

1     4. This matter is referred back to the District Judge assigned to this action.

2 DATED: December 31, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2