Herman Franck, Esq. (SBN. 123476)
Elizabeth Betowski, Esq. (SBN. 245772)
**FRANCK & ASSOCIATES**
1801 7th Street, Suite 150
Sacramento, California 95811
Tel (916) 447-8400
Fax (916) 447-0720

Attorney for Plaintiff Nazia Jabeen Iqbal

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZIA JABEEN IQBAL<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ET AL.<br><br>    Defendant, | Case No. 2:13-CV-1272 MCE AC PS<br><br>**ORDER GRANTING PLAINTIFF NAZIA JABEEN IQBAL'S MOTION TO EXCUSE LATE SERVICE OF PROCESS AND TO EXTEND 120 DAY RULE FOR SERVICE OF PROCESS TO PERMIT THE RECENTLY FILED PROOF OF SERVICE ON ALL DEFENDANTS**<br><br>Date: February 20, 2014<br>Time: 2:00pm<br>Courtroom: 7 |

The court has received Plaintiff Nazia Jabeen Iqbal's motion to excuse late service of process and to extend 120 day rule for service of process to permit the recently filed proof of service on all Defendants.

///

///

///

///

///

*Iqbal v. USCIS et al.*
ORDER GRANTING PLAINTIFF NAZIA JABEEN IQBAL'S MOTION TO EXCUSE LATE SERVICE OF PROCESS AND TO EXTEND 120 DAY RULE FOR SERVICE OF PROCESS TO PERMIT THE RECENTLY FILED PROOF OF SERVICE ON ALL DEFENDANTS

1

GOOD CAUSE having been shown, and there being no opposition, it is hereby ordered that Plaintiff's motion to excuse late service of process and to extend 120 day rule for service of process to permit the recently filed proof of service on all Defendants (ECF No. 15) is GRANTED.

IT IS SO ORDERED.

Dated: February 18, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT