UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| NAZIA JABEEN IQBAL, | No. 2:13-CV-01272-MCE-AC |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| UNITED STATES CITIZEN AND IMMIGRATION SERVICES, et al., | |
| Defendants. | |

Presently before the Court is Defendants' unopposed motion to hold this case in abeyance because administrative proceedings have been reopened on the visa petition underlying Plaintiff's claims. Good cause having been shown, Defendants' Motion (ECF No. 26) is GRANTED, the hearing currently set for 2:00 p.m. on April 3, 2014, is VACATED, and this case is STAYED. Defendants are directed to file a status report with this Court not later than July 3, 2014.

IT IS SO ORDERED.

Dated: March 25, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1