BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZIA JABEEN IQBAL, | ) |
| | ) Case No.: 2:13-cv-1272-MCE AC |
| Plaintiff, | ) |
| | ) **Defendants' Status Report** |
| v. | ) |
| | ) |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et. al, | ) |
| | ) |
| Defendant. | ) |

This is an immigration case currently held in abeyance, as United States Citizenship and Immigration Services has reopened the visa petition that is the subject of the complaint. USCIS is still in the process of adjudicating the reopened visa petition, so the government requests a further abeyance period, until September 30, 2014.

Undersigned counsel has been in contact with the office of opposing counsel, who indicate that they do not oppose this extension, but that they are attempting to withdraw from this case.

The government will file a status report at the end of this abeyance period.

1

Dated: June 27, 2014            Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant U.S. Attorney

ORDER

The matter remains in abeyance pending adjudication of the visa petition by United States Citizenship and Immigration Services. The government is to file a status report by September 30, 2014.

IT IS SO ORDERED.

Dated: July 2, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT