UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZIA JABEEN IQBAL,<br><br>                  Plaintiff,<br><br>    v.<br><br>UNITED STATES CITIZEN AND IMMIGRATION SERVICES, et al.,<br><br>                  Defendants. | No.  2:13-CV-01272-MCE-AC<br><br>**ORDER** |

Presently before the Court are Defendants' Request for Status of Plaintiff's Counsel (ECF No. 33) and Plaintiff's Proposed Substitution of Attorney (ECF No. 34), by which counsel seeks to withdraw, leaving Plaintiff in propria persona.  Plaintiff's counsel previously filed a notice of withdrawal (ECF No. 29), which was rejected by this Court via minute order (ECF No. 30) for failure to comply with the local rules.  Among other things, those rules mandate that "an attorney who has appeared may not withdraw leaving the client in propria persona without leave of court upon noticed motion and notice to the client and all other parties who have appeared."  E.D. Cal. Local Rule 182(d).

///

///

///

///

1  Despite having been specifically advised of the requirements for filing motion to
2  withdraw, Plaintiff's current request still fails to comply with the local rules.  Accordingly,
3  Plaintiff's Proposed Substitution of Attorney (ECF No. 34) is DENIED.  Not later than ten
4  (10) days following the date this order is electronically filed, Plaintiff's counsel is directed
5  to file either: (1) a properly noticed motion to withdraw that conforms with the local rules,
6  the Federal Rules of Civil Procedure, and the Rules of Professional Conduct of the State
7  Bar of California; or (2) a statement indicating that counsel will continue to represent
8  Plaintiff.  Failure to comply with this Order will result in the imposition of sanctions upon
9  no further notice to the parties.  Defendants' Request for Status of Counsel (ECF No. 33)
10  is DENIED as moot, and the hearing currently set for 2:00 p.m. on Thursday,
11  September 18, 2014, is VACATED.
12  IT IS SO ORDERED.
13  Dated:  September 8, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT