UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| NAZIA JABEEN IQBAL, | No. 2:13-CV-01272-MCE-AC |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| UNITED STATES CITIZEN AND IMMIGRATION SERVICES, et al., | |
| Defendants. | |

The Court received and reviewed counsel's response (ECF No. 41) to this Court's Order to Show Cause (ECF No. 37). The Court declines to impose sanctions at this time. In the future, however, a failure to comply with the orders of this Court or its Local Rules will result in the imposition of sanctions

IT IS SO ORDERED.

Dated:  November 6, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1