BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZIA JABEEN IQBAL, | ) |
| | ) Case No.: 2:13-cv-01272-MCE AC |
| Plaintiff, | ) |
| | ) **Statement of Non-opposition to Motion to** |
| v. | ) **Withdraw; Request for Further Extension** |
| | ) **of Time** |
| UNITED STATES CITIZENSHIP AND | ) |
| IMMIGRATION SERVICES, et. al, | ) December 4, 2014 |
| | ) 2pm |
| Defendant. | ) |

Attorney Herman Franck has filed a motion to withdraw as counsel. The government advises that it does not oppose this motion.

The date for filing a status report has been extended until November 30, 2014, pending the outcome of the status of counsel. The government respectfully requests an additional extension, until January 30, 2015, for this same reason and to time for the parties to confer once status of counsel is resolved.

1

Dated: November 20, 2014

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant U.S. Attorney

ORDER

The time for the government to file the status report is extended to January 30, 2015.

IT IS SO ORDERED.

Dated:  November 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2