BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZIA JABEEN IQBAL, | ) |
| | ) Case No.: 2:13-cv-01272-MCE AC |
| Plaintiff, | ) |
| | ) **Joint Stipulation and Order** |
| v. | ) |
| | ) |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et. al, | ) |
| | ) |
| Defendant. | ) |

A status report is currently due in this immigration matter on January 30, 2015.  Because the matter has been and remains reopened at the administrative level, and there is no final agency action for review, the parties are in agreement that the time for filing the status report should be

///

///

///

///

///

///

///

1

extended until April 30, 2015.

Dated: January 16, 2015					Respectfully submitted,

								BENJAMIN B. WAGNER
								United States Attorney

								/s/ Audrey B. Hemesath
								AUDREY B. HEMESATH
								Assistant U.S. Attorney


								_____
								NAZIA JABEEN IQBAL
								Plaintiff, pro se


								ORDER

The time for filing a status report is extended to April 30, 2015.

IT IS SO ORDERED.

Dated:  January 27, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT