BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZIA JABEEN IQBAL, | Case No.: 2:13-cv-1272 MCE AC |
| Plaintiff, | |
| v. | **Order** |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et. al, | |
| Defendant. | |

Pursuant to the parties' stipulation (ECF No. 51) and good cause appearing, the date for filing the status report is extended to June 30, 2015.

IT IS SO ORDERED.

Dated: May 8, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1