BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZIA JABEEN IQBAL, | ) |
| | ) Case No.: 2:13-cv-1272 MCE AC |
| Plaintiff, | ) |
| | ) **Joint Stipulation and Order** |
| v. | ) |
| | ) |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et. al, | ) ) |
| | ) |
| Defendant. | ) |

A status report is currently due in this immigration matter on June 30, 2015. The matter remains reopened at the administrative level, and no new decision has been made. The beneficiary of the I-130 visa petition was interviewed by USCIS on April 22, 2015, and the agency remains in the process of adjudicating the application. Because there is no new decision at the agency level, a status report in this lawsuit would be premature. The parties therefore agree to extend the date for the filing of the status report to August 31, 2015.

Dated: June 29, 2015                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Audrey B. Hemesath

1

AUDREY B. HEMESATH
Assistant U.S. Attorney

_____
NAZIA JABEEN IQBAL
Plaintiff, pro se
(See ECF No. 53 for signature.)

## ORDER

Pursuant to the parties' stipulation and good cause appearing, the time for filing a status report is extended to August 31, 2015.

IT IS SO ORDERED.

Dated: June 30, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE BY MAIL**

The undersigned hereby certifies that he/she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on January 16, 2015, a copy of the JOINT STIPULATION was served by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Sacramento, California.

Addressee(s):

Nadia Jabeen Iqbal
3015 Sparrow Drive
Sacramento, CA 95834

                                          /s/ JEANETTE GLENN
                                          Jeanette Glenn