BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZIA JABEEN IQBAL, | ) |
| | ) Case No.: 2:13-cv-1272 MCE AC |
| Plaintiff, | ) |
| | ) **Joint Stipulation and Order** |
| v. | ) |
| | ) |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et. al, | ) ) |
| | ) |
| Defendant. | ) |

A status report is currently due in this immigration matter on August 31, 2015. At present, the reopened I-130 visa petition has been approved, however, a decision remains pending on the I-485 adjustment of status application. Because the administrative process of adjudicating the adjustment of status application remains ongoing, the parties therefore agree to extend the date for the filing of the status report to November 30, 2015.

Dated: August 25, 2015                    Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ Audrey B. Hemesath
                                          AUDREY B. HEMESATH
                                          Assistant U.S. Attorney

1

ORDER

The time for filing a status report in No. 2:13-cv-1272-MCE-AC is extended to November 30, 2015.

IT IS SO ORDERED.

Dated: September 2, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT