BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZIA JABEEN IQBAL, | ) |
| | ) Case No.: 2:13-cv-1272 MCE AC |
| Plaintiff, | ) |
| | ) **Joint Stipulation and Order** |
| v. | ) |
| | ) |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et. al, | ) ) ) |
| Defendant. | ) |

A status report is currently due in this immigration matter on November 30, 2015. At present, the reopened I-130 visa petition has been approved, but the pending I-485 adjustment of status application has recently been denied. The parties now agree to extend the date for the filing of the status report to March 31, 2016, during which time the beneficiary of the I-130 petition may file a new I-485 application with United States Citizenship and Immigration Services.

Dated: November 20, 2015         Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant U.S. Attorney

1

_____
NAZIA JABEEN IQBAL
Plaintiff, pro se

ORDER

Pursuant to the foregoing stipulation, the time for filing a status report is extended to March 31, 2016.

IT IS SO ORDERED.

Dated:  December 1, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT