UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZIA JABEEN IQBAL, Plaintiff, v. UNITED STATES CITIZEN AND IMMIGRATION SERVICE, et al., Defendants. | No. 2:13-cv-01272-MCE-AC ORDER |

Currently, defendants' January 22, 2016, motion to dismiss is pending before the court. ECF No. 61. That motion is noticed for hearing before the undersigned on March 2, 2016, because when it was filed plaintiff was proceeding in propria persona. Id. Local Rule 302(c)(21) refers "all actions in which all the plaintiffs or defendants are proceeding in propria persona" to the assigned magistrate judge. On February 1, 2016, however, Chien-Yu Michael Wang filed a notice of appearance on plaintiff's behalf. ECF No. 62. Accordingly, this matter is no longer assigned to the undersigned because plaintiff is represented, and defendants' motion should be heard by the presiding district judge.

///
///
///
///

1

1  In accordance with the foregoing, IT IS HEREBY ORDERED that the court's March 2,
2 2016, hearing on defendants' motion to dismiss, ECF No. 61, is VACATED.  Defendants' must
3 re-notice their motion before the presiding district judge in accordance with Local Rule 230.
4 DATED: February 26, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE