BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZIA JABEEN IQBAL, | ) |
| | ) Case No.: 2:13-cv-1272 MCE AC |
| Plaintiff, | ) |
| | ) **Joint Stipulation and Order Setting** |
| v. | ) **Motion Hearing Date** |
| | ) |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et. al, | ) ) |
| | ) |
| Defendant. | ) |

This is an immigration case which was previously pro se but in which Plaintiff is now represented by counsel. The parties now stipulate that the date for the Court to hear the Defendants' Motion to Dismiss, ECF No. 61, be set on May 19, 2016, at 2pm, in Courtroom 7.

Dated: March 1, 2016           Respectfully submitted,

                               BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Audrey B. Hemesath
                               AUDREY B. HEMESATH
                               Assistant U.S. Attorney

                               /s/ Michael Wang
                               MICHAEL WANG
                               Attorney for Plaintiff

1

ORDER

Pursuant to the foregoing Stipulation (ECF No. 65), the Motion to Dismiss (ECF No. 61) shall be heard on May 19, 2016 at 2pm.

IT IS SO ORDERED.

Dated: March 7, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT