BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZIA JABEEN IQBAL, | ) |
| | ) Case No.: 2:13-cv-1272 MCE AC |
| Plaintiff, | ) |
| | ) **Stipulation and Order Continuing** |
| v. | ) **Hearing Date** |
| | ) |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et. al, | ) ) |
| | ) |
| Defendant. | ) |

This is an immigration case currently set for hearing on Defendants' Motion to Dismiss on May 19, 2016. Because a new I-485 application to adjust status has been filed with United States Citizenship and Immigration Services, however, the parties stipulate and agree that the hearing date be postponed until adjudication is complete on the new adjustment of status application. The parties therefore request that the hearing date be continued to July 28, 2016 at 2 p.m.

Dated: April 27, 2016        Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant U.S. Attorney

1

```
                           /s/ Michael Wang
                           MICHAEL WANG
                           Attorney for Plaintiff
```

## **ORDER**

Pursuant to the foregoing stipulation, the Motion to Dismiss shall be heard on July 28, 2016 at 2pm.

IT IS SO ORDERED.

Dated: May 4, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT