PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZIA JABEEN IQBAL, | ) |
| | ) Case No.: 2:13-cv-1272 MCE AC |
| Plaintiff, | ) |
| | ) **Joint Stipulation and Order Continuing** |
| v. | ) **Hearing Date** |
| | ) |
| UNITED STATES CITIZENSHIP AND | ) |
| IMMIGRATION SERVICES, et. al, | ) |
| | ) |
| Defendant. | ) |

This is an immigration case currently set for hearing on Defendants' Motion to Dismiss on July 28, 2016. As indicated in a previous filing, a new I-485 application to adjust status has been filed with United States Citizenship and Immigration Services. An interview in conjunction with that application has been scheduled for July 27, 2016. In order to accommodate that interview, and the likely adjudication of the application following that interview, the parties request that the hearing be reset to December 15, 2016, at 2 p.m.

Dated: July 13, 2016          Respectfully submitted,

                              PHILLIP A. TALBERT
                              Acting United States Attorney

                              /s/ Audrey B. Hemesath
                              AUDREY B. HEMESATH
                              Assistant U.S. Attorney

1

/s/ Michael Wang
MICHAEL WANG
Attorney for Plaintiff

**ORDER**

The Motion to Dismiss (ECF No. 61) shall be heard on December 15, 2016 at 2pm.

IT IS SO ORDERED.

Dated: July 15, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE