PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZIA JABEEN IQBAL, | Case No.: 2:13-cv-1272 MCE AC |
| Plaintiff, | |
| v. | **Joint Stipulation and Order Continuing Hearing Date** |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et. al, | |
| Defendant. | |

This is an immigration case currently set for hearing on Defendants' Motion to Dismiss on January 19, 2017. As indicated in a previous filing, a new I-485 application to adjust status has been filed with United States Citizenship and Immigration Services. Plaintiff recently submitted additional information to the agency in response to a Notice of Intent to Deny. In order to allow for agency consideration of that submission and to allow the parties additional time to consult after the adjudication of the application, the parties request that the hearing be reset to March 23, 2017, at 2 p.m.

//

//

//

1

| | |
|---|---|
| Dated: January 13, 2017 | Respectfully submitted, |
| | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ Audrey B. Hemesath<br>AUDREY B. HEMESATH<br>Assistant U.S. Attorney |
| | /s/ Michael Wang<br>MICHAEL WANG<br>Attorney for Plaintiff |

## ORDER

Pursuant to the parties' stipulation, the hearing on Defendants' Motion to Dismiss shall be continued from January 26, 2017 to **March 23, 2017 at 2pm.**

IT IS SO ORDERED.

Dated: January 19, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE